**Barbara Mowery, Appellee, v. Leo Karas, Appellant.**

**Gen. No. 48,518.** 

First District, Third Division.

May 23, 1962.

William C. Wines, Michael A. Gerrard and Allen S. Gerrard, of Chicago, for appellant; Stephen M. Herman, of Chicago, for appellee. Opinion by MR. PRESIDING JUSTICE McCORMICK. **Not to be published in full.**